MICHAEL S. BROWN, SBN 104079
**CALIFORNIA LAWYERS GROUP, LLP**
16501 Ventura Boulevard, Suite 408
Encino, California 91436-1921
Tel. (818) 461-9933 FAX (818) 995-4094
Email: mbrown@clginfo.com

Attorney for Plaintiff, **RICHARD WIGGINS**

SANDRA R. BROWN
Acting United States Attorney
DOROTHY SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415-977-8953
Facsimile: 415-744-0134
E-Mail: henry.chi@ssa.gov

Attorneys for Defendant
**CAROLYN W. COLVIN**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD WIGGINS**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**CAROLYN W. COLVIN**, Acting Commissioner, Social Security Administration,<br><br>Defendant. | Case No.: SACV 16-02237-KK<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,762.88 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: December 29, 2017



HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE